# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS ORTIZ-CORREA,

                      Petitioner,

                                               20 **CIVIL** 11056 (KMK)

                                                       **JUDGMENT**

          -v-

UNITED STATES OF AMERICA,

                      Respondent.
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                             17 **CR** 737 (KMK)

          -v-

LUIS ORTIZ-CORREA,

                      Defendant.
-----------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated March 14, 2023, the Petition is dismissed with prejudice. Judgment is entered for Respondent in Case No. 20-CV-11056; accordingly, the case No. 20-CV-11056 is closed.

**Dated:**  New York, New York
       March 15, 2023

                                        **RUBY J. KRAJICK**

                                _____
                                   **Clerk of Court**
                  **BY:**      K. mango
                                  _____
                                    **Deputy Clerk**